UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

TO COUNSEL:

DATE:   January 16, 2008

RE:   <u>CV 08-00201 RMW : IN RE: COMUNITY LENDING, INCORPORATED-v-IN RE: COMUNITY LENDING, INCORPORATED</u>

BANKRUPTCY ADVERSARY CASE NUMBER: **08-05006-MM**

The motion for <u>withdrawal of reference of adversary proceeding</u> which you recently submitted to this office has been assigned the above referenced case number.

Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Sandy Morris*

by:  <u>Sandy Morris</u>
Case Systems Administrator