IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ComUnity Lending, Inc., | ***E-FILED - 1/16/08*** <br> CASE NO.: C-08-00201-RMW <br> **ORDER OF REFERRAL** |

The above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable James Ware for consideration of whether the case is related to *Mai Christina Pham, et al. V. ComUnity Lending, Inc. - Case No.: C-07-05436-JW.*

IT IS SO ORDERED.

DATED: January 16, 2008

_Ronald M Whyte_
RONALD M. WHYTE
U. S. District Judge

Copy of Order E-Filed to Counsel of Record: