1  Ronald S. Kravitz (SBN 129704)
       rkravitz@linerlaw.com
2  George H. Kalikman (SBN 147382)
       gkalikman@linerlaw.com
3  Matthew Borden (SBN 214323)
       mborden@linerlaw.com
4  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
5  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
6  Telephone: (415) 489-7700
   Facsimile: (415) 489-7701
7
   Attorneys for Plaintiffs
8  Mai Christina Pham, John Pham, Mai Nguyen,
   Hung Perry Nguyen, and Joyce Freeman

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>COMUNITY LENDING, INCORPORATED, a California corporation,<br><br>    Debtor.<br>_____<br>MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, and JOYCE FREEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>COMUNITY LENDING, INCORPORATED, a California corporation, and Does 1 through 10, inclusive,<br><br>    Defendants. | **No. C 08-00201 JW**<br><br>Honorable James Ware<br><br>Bankruptcy Case No. 08-50030 (MM)<br><br>Chapter 11<br><br>Adv. Proc. No. 08-05006<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDING**<br><br>**Date: April 7, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 8, 4th Floor** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** at 9:00 a.m. on April 7, 2008, or as soon thereafter as they may be heard, Plaintiffs Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, and Joyce Freeman (collectively, "Plaintiffs") will move, and hereby move, the United States

---

1
PLAINTIFFS' N/M & MOTION TO WITHDRAW REFERENCE

::ODMA\PCDOCS\DOCS2\35944\3                                                Case No. C 08-00201 JW

District Court for the Northern District of California, San Jose Division ("District Court") to withdraw its reference of the above-captioned adversary proceeding to the U.S. Bankruptcy Court for the Northern District of California, San Jose Division ("Bankruptcy Court"), so that the District Court may hear and determine the claims that were originally pending before the District Court in the litigation styled *Pham, et al., v. ComUnity Lending, Inc., et al.*, under Case No. C07-05436 JW (HRL). Pursuant to Bankruptcy Local Rule 5011-2(a), Plaintiffs filed this Motion in the Bankruptcy Court, which transmitted the Motion to the District Court. On February 4, 2008, this Court issued an order relating this action to *Pham, et al., v. ComUnity Lending, Inc., et al.*, under Case No. C07-05436 JW (HRL).

This Motion is based upon 28 U.S.C. § 157(d), Bankruptcy Rule 5011, Bankruptcy Local Rule 5011-2, the Memorandum of Points and Authorities filed in support hereof, the Declaration of Ronald S. Kravitz and exhibits attached thereto filed in support hereof, the Verified Complaint, and all other files and records in this action, and any further oral and documentary evidence that may be presented at or before the time of the hearing of this Motion.

Dated: February 7, 2008

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP


By: /s/ Matthew Borden
    Matthew Borden
    Attorneys for Plaintiffs
    Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, and Joyce Freeman