1  Ronald S. Kravitz (SBN 129704)
       rkravitz@linerlaw.com
2  George H. Kalikman (SBN 147382)
       gkalikman@linerlaw.com
3  Matthew Borden (SBN 214323)
       mborden@linerlaw.com
4  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
5  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
6  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
7
   Attorneys for Plaintiffs
8  Mai Christina Pham, John Pham, Mai Nguyen,
   Hung Perry Nguyen, and Joyce Freeman

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ComUnity Lending, Incorporated, a California corporation,<br><br>         Debtor. | **No. C 08-00201 JW**<br><br>Honorable James Ware<br><br>Bankruptcy Case No. 08-50030 (MM)<br><br>Chapter 11 |
| Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, and Joyce Freeman,<br><br>         Plaintiffs,<br><br>vs.<br><br>ComUnity Lending, Incorporated, a California corporation, and Does 1 through 10, inclusive,<br><br>         Defendants. | Adv. Proc. No.  08-05006<br><br>**PROOF OF SERVICE RE: PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDING**<br><br>**Date:     April 7, 2008**<br>**Time:     9:00 a.m.**<br>**Courtroom:  8, 4th Floor** |

1
PROOF OF SERVICE

::ODMA\PCDOCS\DOCS2\35988\1                                         Case No. C 08-00201 JW

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 199 Fremont Street, 20th Floor, San Francisco, CA 94105-2255. On February 7, 2008, I served the within document(s) described as:

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDING

on the interested parties in this action as stated below:

John Walshe Murray
Robert A. Franklin
Law Offices of Murray and Murray
19400 Stevens Creek Blvd., #200
Cupertino, CA  95014-2526

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2008, at San Francisco, California.

|   Len Shaffer   |   /s/ Len Shaffer   |
|   (Type or print name)   |   (Signature)   |

2
PROOF OF SERVICE

::ODMA\PCDOCS\DOCS2\35988\1                                                                                  Case No. C 08-00201 JW

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 199 Fremont Street, 20th Floor, San Francisco, CA 94105-2255. On February 7, 2008, I served the within document(s) described as:

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDING

on the interested parties in this action as stated below:

John Walshe Murray
Robert A. Franklin
Law Offices of Murray and Murray
19400 Stevens Creek Blvd., #200
Cupertino, CA 95014-2526

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2008, at San Francisco, California.

Len Shaffer
(Type or print name)                                    (Signature)

---

2
PROOF OF SERVICE

::ODMA\PCDOCS\DOCS2\35988\1                              Case No. C 08-00201 JW