1   JOHN WALSHE MURRAY (074823)
    ROBERT A. FRANKLIN (091653)
2   DORIS A. KAELIN (162069)
    JENNY L. FOUNTAIN (226241)
3   MURRAY & MURRAY
    A Professional Corporation
4   19400 Stevens Creek Blvd., Suite 200
    Cupertino, CA 95014-2548
5   Telephone:  (650) 852-9000; (408) 907-9200
    Facsimile:  (650) 852-9244
6   Email:  jwmurray@murraylaw.com
    Email:  rfranklin@murraylaw.com
7   Email:  dkaelin@murraylaw.com
    Email:  jlfountain@murraylaw.com
8
    Attorneys for Debtor
9   ComUnity Lending, Incorporated

10                       UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

12  In re:                                )
                                          )
13  COMUNITY LENDING, INCORPORATED, A     )
14  CALIFORNIA CORPORATION                )   Case No. 5:08-CV-00201-JW
                                          )
15              Debtor.                   )   Date:   April 7, 2008
                                          )   Time:   9:00 a.m.
                                          )   Place:  United States District Court
16      5671 Santa Teresa Blvd, Suite 201 )           280 S. First Street, Courtroom 8, 4th Flr.
        San Jose, CA  95123               )           San Jose, CA 95113
17                                        )   Judge: Honorable James Ware
    Employer's Tax ID No.: 94-2673933     )
18                                        )

19     **REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF MEMORANDUM IN OPPOSITION OF
       MOTION FOR WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDING**

20

21          Pursuant to Federal Rule of Evidence 201, Debtor in Possession ComUnity Lending,

22  Incorporated (the "Debtor" or the "Company") hereby requests that this Court take judicial notice of

23  the contents of the following pleadings on file in the adversary proceeding:

24          1.      The Stipulation Re Plan Benefits filed on January 15, 2008 in Adversary Proceeding

25  No. 08-5006-MM, a copy of which is attached hereto as **Exhibit "A"** for the Court's convenience.

26          2.      The Order Approving Stipulation Re Plan Benefits filed on January 16, 2008 in

27  Adversary Proceeding No. 08-5006-MM, a copy of which is attached hereto as **Exhibit "B"** for the

28  Court's convenience.

RAF:pt
K:\ComUnity Lending\Lit\Pham\Pld-Adv\W-DrawRef\OPP RFJN.doc

1   REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF
    MEMORANDUM IN OPPOSITION OF MOTION FOR
    WITHDRAWAL OF REFERENCE OF ADVERSARY

1

2  Dated:  March 14, 2008                MURRAY & MURRAY
                                         A Professional Corporation
3

4                                        By:   /s/ Robert A. Franklin
                                               Robert A. Franklin
5                                              Attorneys for Debtor ComUnity Lending,
                                               Incorporated
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
2 DORIS A. KAELIN (162069)
JENNY L. FOUNTAIN (226241)
3 MURRAY & MURRAY
A Professional Corporation
4 19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
5 Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
6 Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
7 Email: dkaelin@murraylaw.com
Email: jlfountain@murraylaw.com
8
Attorneys for Debtor
9 ComUnity Lending, Incorporated

10
UNITED STATES DISTRICT COURT
11
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
12

| | |
|---|---|
| In re: | ) |
13 | | ) |
| ComUnity Lending, Incorporated, a | ) Case No. 5:08-CV-00201-JW |
14 | California corporation | ) |
| | ) |
15 | Debtor. | ) |
| | ) |
16 | 5671 Santa Teresa Blvd, Suite 201 | ) |
| San Jose, CA 95123 | ) |
17 | | ) |
| Employer's Tax ID No.: 94-2673933 | ) |
18 | | ) |

19

20 **EXHIBIT "A" TO**

**REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF MEMORANDUM IN OPPOSITION OF**
21 **MOTION FOR WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDING**

22

23

24

25

26

27

28

1  Ronald S. Kravitz (SBN 129704)
       rkravitz@linerlaw.com
2  George H. Kalikman (SBN 147382)
       gkalikman@linerlaw.com
3  Matthew Borden (SBN 214323)
       mborden@linerlaw.com
4  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
5  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
6  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
7
   Attorneys for Plaintiffs
8  Mai Christina Pham, John Pham, Mai Nguyen,
   Hung Perry Nguyen, and Joyce Freeman
9
                    UNITED STATES BANKRUPTCY COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12
   In re                             )  Case No. 08-50030 (MM)
13                                    )
   COMUNITY LENDING, INCORPORATED, a  )  Chapter 11
14 California corporation,            )
                                      )
15         Debtor.                    )
                                      )
16 ─────────────────────────────────  )
                                      )
   MAI CHRISTINA PHAM, JOHN PHAM, MAI )  Adv. Proc. No. 08-05006
17 NGUYEN, HUNG PERRY NGUYEN, and JOYCE)
   FREEMAN,                           )  STIPULATION RE: PLAN BENEFITS
18                                    )
           Plaintiffs,               )
19                                    )
   vs.                                )
20                                    )
   COMUNITY LENDING, INCORPORATED, a  )
21 California corporation, and Does 1 through 10, )
   inclusive,                         )
22                                    )
           Defendants.               )
23                                    )

24

25         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Mai Christina

26 Pham, John Pham, Mai Nguyen, Hung Perry Nguyen (collectively, the "Original Plaintiffs"), and

27 Joyce Freeman (together with the Original Plaintiffs, "Plaintiffs"), and defendant/debtor and debtor

28

                                          1
                          STIPULATION RE: PLAN BENEFITS

**EXHIBIT A**

1  in possession ComUnity Lending, Incorporated ("Company" or "Debtor", and together with the

2  Plaintiffs, the "Parties"), through their respective undersigned counsel, as follows:

3      WHEREAS, on October 24, 2007, the Original Plaintiffs filed a lawsuit against the

4  Company in the U.S. District Court for the Northern District of California, San Jose Division

5  ("District Court"), styled *Pham, et al., v. ComUnity Lending, Inc., et al.*, Case No. C07-05436 JW

6  (HRL) ("District Court Litigation"); and

7      WHEREAS, in the Complaint for Breach of Contract, Declaratory and Injunctive Relief

8  ("Original Complaint") they filed in the District Court Litigation, the Original Plaintiffs

9  maintained, *inter alia*, that as former employees of the Company and participants in the Company's

10  Non-Qualified Deferred Compensation Plan ("Plan"), and pursuant to the Plan's provisions, they

11  should have been paid, in the aggregate, in excess of $3,800,000 on August 10, 2007,  the date on

12  which they maintain the Company terminated the Plan; and

13      WHEREAS, in the District Court Litigation, the Company generally denied the allegations

14  contained in the Original Complaint, and maintained that because the Company was insolvent, and

15  remains insolvent, the benefits under the Plan (collectively, the "Plan Benefits") could not be paid

16  to the Plan's participants ahead of general creditors of the Company pursuant to the Plan's

17  provisions; and

18      WHEREAS, the Plaintiffs dispute the Company's contentions set forth in the immediately

19  preceding paragraph; and

20      WHEREAS, on December 6, 2007, the District Court entered an Order Granting Plaintiffs'

21  Application for a Writ of Attachment "to secure the sum of $3,835,119" in the District Court

22  Litigation, a true and correct copy of which is attached hereto as Exhibit 1; and

23      WHEREAS, on December 6, 2007, the District Court issued a Writ of Attachment in the

24  District Court Litigation, a true and correct copy of which is attached hereto as Exhibit 2; and

25      WHEREAS, the Debtor represents that at the time of the levy referred to in the following

26  paragraph, it maintained two (2) separate interest-bearing accounts containing only the Plan

27  Benefits in the respective amounts of approximately $4.7 million ("Account No. 1") and $227,000

28

1  ("Account No. 2") (the monies in Account Nos. 1 and 2, together with accrued and accruing

2  interest thereon, are collectively referred to herein as the "Segregated Funds"); and

3      WHEREAS, on December 28, 2007, Plaintiffs effected a levy in the amount of $3,835,119

4  on Account No. 1 pursuant to the Writ of Attachment issued by the District Court (the "Attachment

5  Lien"); and

6      WHEREAS, on January 4, 2008, the Company commenced its bankruptcy case; and

7      WHEREAS, on January 7, 2008, Plaintiffs commenced the above-captioned adversary

8  proceeding by filing a Verified Complaint for Breach of Contract, Declaratory Relief, and

9  Injunctive Relief (the "Adversary Proceeding Complaint"); and

10      WHEREAS, Plaintiffs maintain in the Adversary Proceeding Complaint, *inter alia*, that at

11  the time the Plan's trustee distributed Plaintiff Joyce Freeman's respective Plan Benefits to the

12  Company in September 2007, Ms. Freeman's Plan accounts had an aggregate balance of

13  $407,893.68; and

14      WHEREAS, the Debtor anticipates that it will file a pleading disputing the Plaintiffs'

15  contentions set forth in the Adversary Proceeding Complaint; and

16      WHEREAS, the Plaintiffs and the Debtor have agreed to enter into this Stipulation;

17      NOW, THEREFORE, Plaintiffs and the Debtor stipulate and agree as follows:

18      1.  Except as otherwise ordered by the Bankruptcy Court, and subject to Paragraph 2 below,

19  until the earlier of (i) the entry of a stipulation and order settling and dismissing with prejudice the

20  above-captioned adversary proceeding, and (ii) the entry of a final, nonappealable order

21  adjudicating the merits of Plaintiffs' claims in the Adversary Proceeding Complaint, the Debtor:

22      (a)  will maintain the Segregated Funds currently held in Account No. 1 in a separate

23  and segregated DIP account ("Segregated DIP Account No. 1"); and

24      (b)  will maintain the Segregated Funds currently held in Account No. 2 in a separate

25  and segregated DIP account ("Segregated DIP Account No. 2"); and

26      (c)  will not commingle, use, transfer, pledge, encumber, grant a security interest in, or

27  in any other manner dispose of or hypothecate any of the Segregated Funds in Segregated DIP

28  Account No. 1; and

---

3

STIPULATION RE: PLAN BENEFITS

1        (d)  will not commingle, use, transfer, pledge, encumber, grant a security interest in, or

2    in any other manner dispose of or hypothecate any of the Segregated Funds in Segregated DIP

3    Account No. 2.

4        2.  The Plaintiffs and the Debtor will take such additional actions as are reasonably

5    necessary and appropriate to effectuate the provisions of this Stipulation including, without

6    limitation, obtaining the release of the Attachment Lien under the provisions of Cal. Code Civ.

7    Proc. §§ 493.030(b) and 493.040.

8        3.  The Parties are entering into this Stipulation without prejudice to their respective rights,

9    claims, causes of action, and defenses in the above-captioned adversary proceeding and bankruptcy

10   case.

11   Dated: January 11, 2008             MURRAY & MURRAY
                                      A Professional Corporation

12

13

14                                      By: /s/Robert A. Franklin
                                      Robert A. Franklin

15                                    Attorneys for Debtor
                               ComUnity Lending, Incorporated

16

17   Dated: January 11, 2008             LINER YANKELEVITZ
                                   SUNSHINE & REGENSTREIF LLP

18

19

20                                    By: /s/ Ronald S. Kravitz
                                     Ronald S. Kravitz

21                                    Attorneys for Plaintiffs
                               Mai Christina Pham, John Pham, Mai Nguyen,

22                                    Hung Perry Nguyen, and Joyce Freeman

23

24

25

26

27

28

STIPULATION RE: PLAN BENEFITS
0036012/00... Case: 08-05006    Doc #: 9    Filed: 01/15/2008 ... Case # 08-05006/A. of #408-05006

**EXHIBIT 1**

1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11  Mai Christina Pham, et al.,                    NO. C 07-05436 JW

12                 Plaintiffs,            **ORDER GRANTING PLAINTIFFS'**
                                          **APPLICATION FOR A WRIT OF**
13        v.                              **ATTACHMENT**

    ComUnity Lending Inc.,
14
                 Defendant.
15  _____/

16        Presently before the Court is Plaintiffs' Application for a Writ of Attachment.  (See Docket

17  Item No. 10.)  The Court conducted a hearing on December 4, 2007.  For the reasons stated on the

18  record, the Court GRANTS Plaintiff's application for a writ of attachment.

19        Plaintiffs in federal court may invoke whatever remedies are provided under the law of the

20  state in which the federal court is located for "seizure of person or property for the purpose of

21  securing satisfaction of the judgment ultimately to be entered in the action." Fed. R. Civ. P. 64;

22  Reebok Int'l, Ltd. v. Marnatech Enters., Inc., 970 F.2d 552, 558 (9th Cir. 1992).  These remedies

23  may include a writ of attachment. Fed. R. Civ. P. 64.  The effect of Rule 64 is to incorporate state

24  law to determine the availability of prejudgment remedies for the seizure of property to secure

25  satisfaction of a judgment ultimately entered.  Granny Goose Foods, Inc. v. Brotherhood of

26  Teamsters & Auto Truck Drivers, Local No. 70 of Alameda Co., 415 U.S. 423, 436 n. 10 (1974).

27  Thus, the Court examines Plaintiffs' application under California law.  In California, the procedures

28

United States District Court
For the Northern District of California

1    and grounds for obtaining orders for prejudgment writs of attachment are governed by California

2    Civil Procedure Code §§ 481.010-493.060.

3         Attachment "is a remedy by which a plaintiff with a contractual claim to money (not a claim

4    to a specific item of property) may have various items of a defendant's property seized before

5    judgment and held by a levying officer for execution after judgment." Waffer International

6    Corporation v. Khorsandi, 69 Cal. App. 4th 1261, 1271 (1999). An attachment may be issued "only

7    in an action on a claim or claims for money, each of which is based upon a contract, express or

8    implied, where the total amount of the claim or claims is a fixed or readily ascertainable amount not

9    less than five hundred dollars." Cal. Civ. Proc. Code § 483.010(a). Attachment lies on any claim

10   against a partnership or corporation or on claims against individuals that arise out of the conduct by

11   the individual of a trade, business, or profession. § 483.010(a) & (c).

12        Based on the papers submitted to date and arguments by counsel at the hearing, the Court

13   finds that Plaintiffs have met their burden to establish grounds for relief. Plaintiffs have shown that:

14   (1) the claim upon which the attachment is based is one upon which an attachment may be issued;

15   (2) the attachment is not sought for a purpose other than recovery of the claim upon which the

16   attachment is based; (3) the amount to be secured by the attachment is greater than zero; (4) the

17   property sought to be attached is not exempt from attachment; and (5) Plaintiffs will suffer great or

18   irreparable injury (within the meaning of Section 485.010) if issuance of the order is delayed until

19   the matter can be heard on notice. Cal. Civ. Proc. Code §§ 484.090(a); 485.220.

20        The Court orders that Plaintiffs have the right to attach Defendant ComUnity Lending, Inc.'s

21   property in the amount of $3,835,119. The Clerk shall issue a writ of attachment for $3,835,119, for

22   the deposit account identified by Defendant's President, Richard Couch, at the Court's November

23   20, 2007 hearing. (See Docket Item No. 24.) It is further ordered that Defendant or Mr. Couch shall

24   disclose to the levying officer 1) the financial institution at which the account described above is

25   held, and 2) the account number of said account.

26

27

28                                                    2

1

    The parties shall appear for the Case Management Conference presently scheduled for

2   **February 25, 2008 at 10 A.M.**  Pursuant to the Civil Local Rules of Court, the parties shall meet

3   and confer and file a Joint Case Management Conference by February 15, 2008.

4

5   Dated:  December 6, 2007

6                                        JAMES WARE

                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mai Christina Pham, et al., | NO. C 07-05436 JW |
| Plaintiffs, | **WRIT OF ATTACHMENT** |
| v. | |
| ComUnity Lending Inc., | |
| Defendant. | |

    Pursuant to the Court's December 6, 2007 Order Granting Plaintiffs' Application for a Writ of Attachment, the Court orders as follows:

To any U.S. Marshall:

This writ is to attach property of

    ComUnity Lending, Inc.
    610 Jarvis Drive
    Morgan Hill, CA 95037

and the attachment is to secure $3,835,119.

You are directed to attach the following property:

    A deposit account that shall be identified by Defendant ComUnity, Inc. or Defendant's President, Richard Couch, upon levy of this writ. Defendant and Mr. Couch have been ordered to disclose the financial institution at which the account is held and the account number of the account to you.

Dated:  December 6, 2007

                         Richard W. Wieking, Clerk

                         By: *Elizabeth C Garcia*

                         **Elizabeth Garcia**
                         **Courtroom Deputy**

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert Anthony Franklin rfranklin@murraylaw.com
Ronald Scott Kravitz Rkravitz@LinerLaw.com
Teri Thuy Ngoc Pham tpham@linerlaw.com

Dated:  December 6, 2007                    Richard W. Wieking, Clerk

                                           By:  /s/ JW Chambers
                                                Elizabeth Garcia
                                                Courtroom Deputy

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   JOHN WALSHE MURRAY (074823)
    ROBERT A. FRANKLIN (091653)
2   DORIS A. KAELIN (162069)
    JENNY L. FOUNTAIN (226241)
3   MURRAY & MURRAY
    A Professional Corporation
4   19400 Stevens Creek Blvd., Suite 200
    Cupertino, CA 95014-2548
5   Telephone:  (650) 852-9000; (408) 907-9200
    Facsimile:  (650) 852-9244
6   Email:  jwmurray@murraylaw.com
    Email:  rfranklin@murraylaw.com
7   Email:  dkaelin@murraylaw.com
    Email:  jlfountain@murraylaw.com
8
    Attorneys for Debtor
9   ComUnity Lending, Incorporated

10                    UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

12  In re:                              )
                                        )
13  ComUnity Lending, Incorporated, a   )   Case No. 5:08-CV-00201-JW
    California corporation              )
14                                      )
                                        )
15              Debtor.                 )
                                        )
16      5671 Santa Teresa Blvd, Suite 201 )
        San Jose, CA  95123             )
17                                      )
    Employer's Tax ID No.: 94-2673933   )
18                                      )

19

20                         EXHIBIT "B" TO

21  REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF MEMORANDUM IN OPPOSITION OF
    MOTION FOR WITHDRAWAL OF REFERENCE OF ADVERSARY PROCEEDING

22

23

24

25

26

27

28

RAF:pt
K.\ComUnity Lending\Lit\Pham\Pld-Adv\W-DrawRef\OPP RFJN Exh.doc

                                    1

Entered on Docket
**January 16, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Ronald S. Kravitz (SBN 129704)
    rkravitz@linerlaw.com
2  George H. Kalikman (SBN 147382)
    gkalikman@linerlaw.com
3  Matthew Borden (SBN 214323)
    mborden@linerlaw.com
4  LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
5  199 Fremont Street, 20th Floor
    San Francisco, CA 94105-2255
6  Telephone:  (415) 489-7700
    Facsimile:  (415) 489-7701
7
    Attorneys for Plaintiffs
8  Mai Christina Pham, John Pham,
    Mai Nguyen, Hung Perry Nguyen
9  and Joyce Freeman

**The following constitutes
the order of the court. Signed January 16, 2008**

_Marilyn Morgan_
**Marilyn Morgan
U.S. Bankruptcy Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 08-50030 MM |
| COMUNITY LENDING, INCORPORATED, a California corporation, | Chapter 11 |
| Debtor. | |
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, AND JOYCE FREEMAN, | Adversary Proceeding No. 08-5006 MM |
| Plaintiffs, | **[PROPOSED] ORDER APPROVING STIPULATION RE: PLAN BENEFITS** |
| vs. | |
| COMUNITY LENDING, INCORPORATED, a California corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

# EXHIBIT B

1    Upon consideration of the Stipulation Re: Plan Benefits dated January 14, 2008

2  ("Stipulation"), which plaintiffs Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry

3  Nguyen, and Joyce Freeman (collectively, "Plaintiffs") and defendant/debtor and debtor in

4  possession ComUnity Lending, Incorporated ("Debtor") have entered into, by and through their

5  respective counsel, and good cause appearing therefor, it is hereby

6    ORDERED that the Stipulation is APPROVED; and it is further

7    ORDERED that:

8    1. Except as otherwise ordered by the Court, and subject to Paragraph 2 below, until the

9  earlier of (i) the entry of a stipulation and order settling and dismissing with prejudice the above-

10 captioned adversary proceeding, and (ii) the entry of a final, nonappealable order adjudicating the

11 merits of Plaintiffs' claims in the Adversary Proceeding Complaint,[1] the Debtor:

12    (a) will maintain the Segregated Funds currently held in Account No. 1 in a separate

13 and segregated DIP account ("Segregated DIP Account No. 1"); and

14    (b) will maintain the Segregated Funds currently held in Account No. 2 in a separate

15 and segregated DIP account ("Segregated DIP Account No. 2"); and

16    (c) will not commingle, use, transfer, pledge, encumber, grant a security interest in, or

17 in any other manner dispose of or hypothecate any of the Segregated Funds in Segregated DIP

18 Account No. 1; and

19    (d) will not commingle, use, transfer, pledge, encumber, grant a security interest in, or

20 in any other manner dispose of or hypothecate any of the Segregated Funds in Segregated DIP

21 Account No. 2.

22    2. The Plaintiffs and the Debtor will take such additional actions as are reasonably

23 necessary and appropriate to effectuate the provisions of this Stipulation including, without

24 limitation, obtaining the release of the Attachment Lien under the provisions of Cal. Code Civ.

25 Proc. §§ 493.030(b) and 493.040.

26

27 _____

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the
28 Stipulation.

1    ** *END OF ORDER.* **

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **SERVICE LIST**

2

3  Ronald S. Kravitz, Esq.
   George H. Kalikman, Esq.
   Matthew Borden, Esq.
4  Liner Yankelevitz Sunshine & Regenstreif LLP
   199 Fremont Street, 20th Floor
5  San Francisco, CA 94105
   Facsimile: (415) 489-7701

6

   *Attorneys for Plaintiffs Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, and*
7  *Joyce Freeman*

8  John Walshe Murray, Esq.
   Robert A. Franklin, Esq.
9  Law Offices of Murray and Murray
   19400 Stevens Creek Blvd. #200
10 Cupertino, CA 95014-2548
   Facsimile: (650) 852-9244

11

   *Attorneys for Defendant-Debtor ComUnity Lending, Incorporated*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-50030/Adv. Proc. No. 08-5006 MM

1    JOHN WALSHE MURRAY (074823)
     ROBERT A. FRANKLIN (091653)
2    DORIS A. KAELIN (162069)
     JENNY L. FOUNTAIN (226241)
3    MURRAY & MURRAY
     A Professional Corporation
4    19400 Stevens Creek Blvd., Suite 200
     Cupertino, CA 95014-2548
5    Telephone:  (650) 852-9000; (408) 907-9200
     Facsimile:   (650) 852-9244
6    Email:  jwmurray@murraylaw.com
     Email:  rfranklin@murraylaw.com
7    Email:  dkaelin@murraylaw.com
     Email:  jlfountain@murraylaw.com
8
     Attorneys for Debtor
9    ComUnity Lending, Incorporated

10

11                        UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
12

13   In re:                              )
                                         )
14   COMUNITY LENDING, INCORPORATED, A   )   Case No. 5:08-CV-00201-JW
     CALIFORNIA CORPORATION              )
15                                       )   Date:   April 7, 2008
                                         )   Time:  9:00 a.m.
16                  Debtor.              )   Place:  United States District Court
                                         )          280 S. First Street, Courtroom 8, 4th Flr.
17   5671 Santa Teresa Blvd, Suite 201   )          San Jose, CA 95113
     San Jose, CA  95123                 )   Judge: Honorable James Ware
18                                       )
     Employer's Tax ID No.: 94-2673933   )
19                                       )

20                            **CERTIFICATE OF SERVICE**

21   STATE OF CALIFORNIA           )
                                   ) ss.
22   COUNTY OF SANTA CLARA         )

23        I am a citizen of the United States and employed in Santa Clara County.  I am over the age of

24   eighteen years and not a party to the above-entitled action; my business address is 19400 Stevens

25   Creek Boulevard, Suite 200, Cupertino, CA 95014-2548.

26        On March 14, 2008, at my place of business, I served a true and correct copy of the following

27   document(s):

28        1.    REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF MEMORANDUM IN
                OPPOSITION OF MOTION FOR WITHDRAWAL OF REFERENCE OF ADVERSARY
                PROCEEDING.

1    in the manner indicated below:

2    ☒    By mail by enclosing said document(s) in an envelope and depositing the sealed envelope with
3         the United States Postal Service with the postage fully prepaid, addressed as follows:

          Ronald S. Kravitz, George H. Kalikman,
4         Matthew Borden
          Liner Yankelevitz Sunshine & Regenstreif
5         LLP
          199 Fremont Street, 20th Floor
6         San Francisco, CA  94105-2255

7    ☐    By facsimile transmission sending a true copy of the said document(s) to the person(s)
8         indicated below to the following receiving station(s):

9    ☐    By overnight delivery depositing the said document(s) in a sealed overnight delivery envelope,
          designated for overnight delivery, with all delivery charges prepaid, with an authorized
10        representative addressed as follows:

11   ☐    By hand delivery personally delivering or arranged to have personally delivered the said
          document(s) to the person(s) indicated below in a manner provided by law, by leaving the said
          document(s) at the office(s) or usual place(s) of business, during usual business hours, of the
12        said person(s) with a clerk or other person who was apparently in charge thereof and at least
          18 years of age, who was informed of the contents (as indicated):

13   ☐    By e-mail transmission sending a true copy of the said document(s) to the person(s) indicated
14        below:

15        This Certificate was executed on March 14, 2008 at Cupertino, Santa Clara County,

16   California.  I declare under penalty of perjury that the foregoing is true and correct.

17

18                                    /s/ *Priscilla Teague*_____
                                      Priscilla Teague
19

20

21

22

23

24

25

26

27

28