1  Ronald S. Kravitz, Esq. (SBN: 129704)
       rkravitz@linerlaw.com
2  George H. Kalikman, Esq. (SBN: 147382)
       gkalikman@linerlaw.com
3  Matthew Borden, Esq. (SBN: 214323)
       mborden@linerlaw.com
4  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
5  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
6  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701

7
   Attorneys for Plaintiffs
8  Mai Christina Pham, John Pham, Mai Nguyen,
   Hung Perry Nguyen, and Joyce Freeman
9

10                **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN JOSE DIVISION**

13

| | |
|---|---|
| In re | No. C 08-00201 JW |
| COMUNITY LENDING, INCORPORATED, a California corporation, | Honorable James Ware |
| Debtor. | Bankruptcy Case No. 08-50030 (MM) |
| | Chapter 11 |
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, and JOYCE FREEMAN, | Adv. Proc. No. 08-05006 |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| vs. | |
| COMUNITY LENDING, INCORPORATED, a California corporation, and Does 1 through 10, inclusive, | |
| Defendants. | |

---

PROOF OF SERVICE

No. C 08-00201 JW

0036012/001/ 36017v01

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 199 Fremont Street, 20th Floor, San Francisco, CA 94105-2255. On March 24, 2008, I served the within document(s) described as:

REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR WITHDRAWAL OF REFERENCE PURSUANT TO 28 U.S.C. § 157(d)

on the interested parties in this action as stated below:

John Walshe Murray
Law Offices of Murray and Murray
19400 Stevens Creek Blvd., #200
Cupertino, CA  95014-2526

[X] (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth above. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 24, 2008, at San Francisco, California.

| Len Shaffer | /s/ Len Shaffer |
|---|---|
| (Type or print name) | (Signature) |

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 199 Fremont Street, 20th Floor, San Francisco, CA 94105-2255. On March 24, 2008, I served the within document(s) described as:

REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR WITHDRAWAL OF REFERENCE PURSUANT TO 28 U.S.C. § 157(d)

on the interested parties in this action as stated below:

John Walshe Murray
Law Offices of Murray and Murray
19400 Stevens Creek Blvd., #200
Cupertino, CA  95014-2526

[X] (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth above. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 24, 2008, at San Francisco, California.

_____Len Shaffer_____      _____/s/_____
(Type or print name)              (Signature)