UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/7/2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-08-00201 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

TITLE

Mai Christina Pham v. Com Unity Lending Inc

**Attorney(s) for Plaintiff(s):** Ronald Kravitz, Matthew Borden, Jesse Hill
**Attorney(s) for Defendant(s):** Robert Farklin

PROCEEDINGS

**Plaintiff's Motion for Withdrawal of Reference**

ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument. The Court to issue further order on motion.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: