Ronald S. Kravitz, Esq. (SBN: 129704)
rkravitz@linerlaw.com
Matthew Borden, Esq. (SBN: 214323)
mborden@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Attorneys for Plaintiffs and Counter-Defendants
Mai Christina Pham, John Pham, Mai Nguyen,
Hung Perry Nguyen, Joyce Freeman, and
Christopher Hake

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. C 08-00201 JW |
| COMUNITY LENDING, INCORPORATED, a California corporation, | Honorable James Ware |
| Debtor. | Bankruptcy Case No. 08-50030 (MM) |
| | Chapter 11 |
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, and JOYCE FREEMAN, | Adv. Proc. No. 08-05006 |
| Plaintiffs, | **NOTICE OF CHANGE IN COUNSEL** |
| vs. | |
| COMUNITY LENDING, INCORPORATED, a California corporation, and Does 1 through 10, inclusive, | |
| Defendants. | |

**TO THE HONORABLE JAMES WARE AND ALL COUNSEL OF RECORD:**

Liner Yankelevitz Sunshine & Regenstreif LLP ("Liner") is counsel of record for Plaintiffs in the above-entitled action. Ronald S. Kravitz and Matthew Borden of Liner will continue to serve as counsel for Plaintiffs. However, George Kalikman ceases to be counsel of record for Plaintiffs

Case No. C 08-00201 JW
NOTICE OF CHANGE IN COUNSEL

0036012/001/ 36973v01

1  in this action. Accordingly, Plaintiffs respectfully request that George Kalikman be removed from
2  the Court's and counsel's service lists.

4  Dated: April 14, 2008

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
Matthew Borden
Attorneys for Plaintiffs and Counter-Defendants
Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, Joyce Freeman, and Christopher Hake