1  Ronald S. Kravitz, Esq. (SBN: 129704)
      rkravitz@linerlaw.com
2  Matthew Borden, Esq. (SBN: 214323)
      mborden@linerlaw.com
3  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
4  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
5  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
6
   Attorneys for Plaintiffs and Counter-Defendants
7  Mai Christina Pham, John Pham, Mai Nguyen,
   Hung Perry Nguyen, Joyce Freeman, and
8  Christopher Hake

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re | Case No. C 08-00201 JW |
| COMUNITY LENDING, INCORPORATED, a California corporation, | Honorable James Ware |
| | Bankruptcy Case No. 08-50030 (MM) |
| Debtor. | Chapter 11 |
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, and JOYCE FREEMAN, | Adv. Proc. No. 08-05006 |
| | **PLAINTIFFS' AND COUNTER-DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| vs. | **Date:** September 22, 2008<br>**Time:** 9:00 a.m.<br>**Courtroom:** 8, 4th Floor |
| COMUNITY LENDING, INCORPORATED, a California corporation, and Does 1 through 10, inclusive, | |
| Defendants. | |

Case No.  C 08-00201 JW
NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

0036012/001/ 37019v01

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 22, 2008, or as soon as they may be heard, Plaintiffs Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, Joyce Freeman, and Christopher Hake ("Plaintiffs") will, and hereby do, move the United States District Court for summary judgment on the First and Third Causes of Action in the First Amended Complaint. This Motion is based upon Federal Rule of Civil Procedure Rule 56, this Motion, the attached Memorandum of Points and Authorities, the attached Declarations and Mai Christina Pham and Matthew Borden and exhibits thereto, the Declarations of John Pham, Mai Nguyen, Hung Perry Nguyen, Joyce Freeman, and Christopher Hake, and all other files and records in this action, and any further oral and documentary evidence as may be presented at or before the time of the hearing of this Motion.

Dated: June 16, 2008

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: /s/
Matthew Borden
Attorneys for Plaintiffs and Counterdefendants Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, Joyce Freeman, and Christopher Hake