1  Ronald S. Kravitz, Esq. (SBN: 129704)
      rkravitz@linerlaw.com
2  Matthew Borden, Esq. (SBN: 214323)
      mborden@linerlaw.com
3  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
4  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
5  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
6
   Attorneys for Plaintiffs and Counterdefendants
7  Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry
   Nguyen, Joyce Freeman, and Christopher Hake
8
                         **UNITED STATES DISTRICT COURT**
9
                         **NORTHERN DISTRICT OF CALIFORNIA**
10
                                **SAN JOSE DIVISION**
11

| | |
|---|---|
| In re | Case No. C 08-00201 JW |
| COMUNITY LENDING, INCORPORATED, a California corporation, | Chapter 11 |
| | Honorable James Ware |
| Debtor. | Bankruptcy Case No. 08-50030 (MM) |
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, and JOYCE FREEMAN, | Adv. Proc. No. 08-05006 |
| | **DECLARATION OF HUNG PERRY NGUYEN IN SUPPORT OF PLAINTIFFS' AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| COMUNITY LENDING, INCORPORATED, a California corporation, and Does 1 through 10, inclusive, | **Date:** September 22, 2008<br>**Time:** 9:00 a.m.<br>**Courtroom:** 8, 4th Floor |
| Defendants. | |

Case No.  C 08-00201 JW
DECLARATION OF HUNG PERRY NGUYEN ISO MOTION FOR SUMMARY JUDGMENT

0036012/001/ 37839v01

I, Hung Perry Nguyen, declare:

1. I am one of the plaintiffs in this case. I have personal knowledge of the facts stated below, and if called as a witness, I could and would testify competently thereto.

2. I am a former employee of Defendant ComUnity Lending, Inc. ("Defendant") and former member of Defendant's Non-Qualified Deferred Compensation Plan ("Plan").

3. My Plan benefits are comprised entirely of salary that I earned and then deferred and the interest thereon.

4. When the Plan terminated, my account had an aggregate balance of $214,441.68.

5. By no later than September 17, 2007, IBT, the Plan's trustee, had distributed my Plan benefits directly to the Company instead of to me. The Company has refused to return my Plan benefits.

I swear under penalty of perjury under the laws of the United States and California that the foregoing is true.

Dated this 9th of June, 2008           /s/
                                        Hung Perry Nguyen

1  I, Hung Perry Nguyen, declare:

2  1.  I am one of the plaintiffs in this case. I have personal knowledge of the facts stated
3  below, and if called as a witness, I could and would testify competently thereto.

4  2.  I am a former employee of Defendant ComUnity Lending, Inc. ("Defendant") and
5  former member of Defendant's Non-Qualified Deferred Compensation Plan ("Plan").

6  3.  My Plan benefits are comprised entirely of salary that I earned and then deferred and
7  the interest thereon.

8  4.  When the Plan terminated, my account had an aggregate balance of $214,441.68.

9  5.  By no later than September 17, 2007, IBT, the Plan's trustee, had distributed my
10 Plan benefits directly to the Company instead of to me. The Company has refused to return my
11 Plan benefits.

12

13 I swear under penalty of perjury under the laws of the United States and California that the
14 foregoing is true.

15

16 Dated this 9th of June, 2008                    _____
17                                                  Hung Perry Nguyen