1 | Ronald S. Kravitz, Esq. (SBN: 129704)
    rkravitz@linerlaw.com
2 | Matthew Borden, Esq. (SBN: 214323)
    mborden@linerlaw.com
3 | LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
4 | 199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
5 | Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Attorneys for Plaintiffs and Counterdefendants
Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry
Nguyen, Joyce Freeman, and Christopher Hake

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>COMUNITY LENDING, INCORPORATED, a California corporation,<br><br>    Debtor. | Case No. C 08-00201 JW<br><br>Chapter 11<br><br>Honorable James Ware<br><br>Bankruptcy Case No. 08-50030 (MM) |
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, and JOYCE FREEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>COMUNITY LENDING, INCORPORATED, a California corporation, and Does 1 through 10, inclusive,<br><br>    Defendants. | Adv. Proc. No. 08-05006<br><br>**DECLARATION OF CHRISTOPHER HAKE IN SUPPORT OF PLAINTIFFS' AND COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:     September 22, 2008**<br>**Time:    9:00 a.m.**<br>**Courtroom: 8, 4th Floor** |

Case No. C 08-00201 JW
DECLARATION OF CHRISTOPHER HAKE ISO MOTION FOR SUMMARY JUDGMENT

0036012/001/ 37841v01

I, Christopher Hake, declare:

1. I am one of the plaintiffs in this case. I have personal knowledge of the facts stated below, and if called as a witness, I could and would testify competently thereto.

2. I am a former employee of Defendant ComUnity Lending, Inc. ("Defendant") and former member of Defendant's Non-Qualified Deferred Compensation Plan ("Plan").

3. My Plan benefits are comprised entirely of salary that I earned and then deferred and the interest thereon.

4. When the Plan terminated, my account had an aggregate balance of $413,187.75.

5. The Plan's trustee, IBT, distributed my Plan benefits to the Company instead of to me. The Company has refused to return my Plan benefits.

I swear under penalty of perjury under the laws of the United States and California that the foregoing is true.

Dated this 9th of June, 2008                              /s/
                                                    Christopher Hake

I, Christopher Hake, declare:

1. I am one of the plaintiffs in this case. I have personal knowledge of the facts stated below, and if called as a witness, I could and would testify competently thereto.

2. I am a former employee of Defendant ComUnity Lending, Inc. ("Defendant") and former member of Defendant's Non-Qualified Deferred Compensation Plan ("Plan").

3. My Plan benefits are comprised entirely of salary that I earned and then deferred and the interest thereon.

4. When the Plan terminated, my account had an aggregate balance of $413,187.75.

5. The Plan's trustee, IBT, distributed my Plan benefits to the Company instead of to me. The Company has refused to return my Plan benefits.

I swear under penalty of perjury under the laws of the United States and California that the foregoing is true.

Dated this 9 of June, 2008

_____
Christopher Hake

2                                    Case No. C 08-00201 JW
DECLARATION OF CHRISTOPHER HAKE ISO MOTION FOR SUMMARY JUDGMENT