1  Ronald S. Kravitz, Esq. (SBN: 129704)
      rkravitz@linerlaw.com
2  Matthew Borden, Esq. (SBN: 214323)
      mborden@linerlaw.com
3  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
4  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
5  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
6
   Attorneys for Plaintiffs and Counter-Defendants
7  Mai Christina Pham, John Pham, Mai Nguyen,
   Hung Perry Nguyen, Joyce Freeman, and
8  Christopher Hake

9
## UNITED STATES DISTRICT COURT
10
## NORTHERN DISTRICT OF CALIFORNIA
11
## SAN JOSE DIVISION
12

13
| | |
|---|---|
| In re | Case No. C 08-00201 JW |
| COMUNITY LENDING, INCORPORATED, a California corporation, | Honorable James Ware |
| | Bankruptcy Case No. 08-50030 (MM) |
| Debtor. | Chapter 11 |
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, and JOYCE FREEMAN, | Adv. Proc. No. 08-05006 |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' AND COUNTER-DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| COMUNITY LENDING, INCORPORATED, a California corporation, and Does 1 through 10, inclusive, | **Date:** September 22, 2008<br>**Time:** 9:00 a.m.<br>**Courtroom:** 8, 4th Floor |
| Defendants. | |

Case No.  C 08-00201 JW
[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

0036012/001/ 38055v01

1  Before the Court is the Motion for Summary Judgment on the First and Third Causes of
2  Action in the First Amended Complaint filed by Plaintiffs Mai Christina Pham, John Pham, Mai
3  Nguyen, Hung Perry Nguyen, Joyce Freeman, and Christopher Hake ("Plaintiffs"). On September
4  22, 2008, the Court heard oral argument on Plaintiffs' Motion for Summary Judgment. Having
5  read and considered all of the papers and oral argument by counsel, and for good cause shown, the
6  Court hereby GRANTS Plaintiffs' Motion for Summary Judgment.

**IT IS SO ORDERED**.

Dated: September _____, 2008

_____
Honorable James Ware
United States District Court Judge

2                              Case No. C 08-00201 JW
[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT
0036012/001/ 38055v01