1  Ronald S. Kravitz, Esq. (SBN: 129704)
       rkravitz@linerlaw.com
2  Matthew Borden, Esq. (SBN: 214323)
       mborden@linerlaw.com
3  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
4  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
5  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
6
   Attorneys for Plaintiffs and Counter-Defendants
7  Mai Christina Pham, John Pham, Mai Nguyen,
   Hung Perry Nguyen, Joyce Freeman, and
8  Christopher Hake

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                          **SAN JOSE DIVISION**

12

13 | In re                                         ) | Case No. C 08-00201 JW
                                                   )
14 | COMUNITY LENDING, INCORPORATED, a             ) | Honorable James Ware
   | California corporation,                       )
15 |                                               ) | Bankruptcy Case No. 08-50030 (MM)
   |                Debtor.                        )
16 |                                               ) | Chapter 11
   |                                               )
17 | MAI CHRISTINA PHAM, JOHN PHAM, MAI            ) | Adv. Proc. No. 08-05006
   | NGUYEN, HUNG PERRY NGUYEN, and                )
18 | JOYCE FREEMAN,                                ) | **JOINT FURTHER CASE**
   |                                               ) | **MANAGEMENT CONFERENCE**
19 |                Plaintiffs,                    ) | **STATEMENT**
   |                                               )
20 |     vs.                                       ) | Date:       September 15, 2008
   |                                               ) | Time:       10:00 a.m.
21 | COMUNITY LENDING, INCORPORATED, a             ) | Department: Courtroom 8, 4th Floor
   | California corporation, and Does 1 through 10,)
22 | inclusive,                                    )
   |                                               )
23 |                Defendants.                    )
   |                                               )

24

25

26

27

28

                                                          Case No.  C 08-00201 JW
                 JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT
0036012/001/ 39615v01

On April 8, 2008, the Court issued a Scheduling Order, which required the parties to submit a joint case management statement 10 days before the further case management conference that is currently set for September 15, 2008. Since the initial case management conference, discovery has been proceeding. Plaintiffs have filed a motion for summary judgment that is set to be heard on October 6, 2008. In light of the proximity of that hearing, the parties request that the Court continue the status conference currently set for September 15, 2008, and hold a further case management conference, as necessary, on October 6, 2008, after the hearing on the motion for summary judgment.

The discovery cutoff in this case is December 15, 2008, and expert disclosures are currently due on September 13, 2008. The parties stipulate to extend the date for expert disclosures until December 15, 2008, with rebuttal expert disclosures due on December 31, 2008. The parties further stipulate to extend the deadline for the completion of expert discovery to January 15, 2008.

The parties believe that ADR would be beneficial in this case and are currently attempting to schedule a mediation prior to the hearing on Plaintiffs' motion for summary judgment.

Dated: September 5, 2008

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By:  /s/ Matthew Borden
     Matthew Borden
     Attorneys for Plaintiffs
     Mai Christina Pham, John Pham, Mai
     Nguyen, Hung Perry Nguyen, and Joyce
     Freeman

Dated: September 5, 2008

MURRAY & MURRAY,
A Professional Corporation

By:  /s/ Robert A. Franklin
     Robert A. Franklin
     Attorneys for Defendant
     ComUnity Lending, Incorporated

1 | Dated: September 5, 2008                LAW OFFICES OF JESSE L. B. HILL
2
3 |                                   By:  /s/ Jesse L. B. Hill
  |                                        Jesse L. B. Hill
4 |                                        Attorneys for Counter-Claim Defendants
  |                                        Katherine Buckmeyer, Jack Ferguson,
5 |                                        John Nelson, Jeannine Rupert, & Phyllis
  |                                        Christich
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2                                    Case No. C 08-00201 JW
JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT

0036012/001/ 39615v01

1   On April 8, 2008, the Court issued a Scheduling Order, which required the parties to submit
2 a joint case management statement 10 days before the further case management conference that is
3 currently set for September 15, 2008. Since the initial case management conference, discovery has
4 been proceeding. Plaintiffs have filed a motion for summary judgment that is set to be heard on
5 October 6, 2008. In light of the proximity of that hearing, the parties request that the Court
6 continue the status conference currently set for September 15, 2008, and hold a further case
7 management conference, as necessary, on October 6, 2008, after the hearing on the motion for
8 summary judgment.
9   The discovery cutoff in this case is December 15, 2008, and expert disclosures are
10 currently due on September 13, 2008. The parties stipulate to extend the date for expert disclosures
11 until December 15, 2008, with rebuttal expert disclosures due on December 31, 2008. The parties
12 further stipulate to extend the deadline for the completion of expert discovery to January 15, 2008.
13   The parties believe that ADR would be beneficial in this case and are currently attempting
14 to schedule a mediation prior to the hearing on Plaintiffs' motion for summary judgment.

16 Dated: September 4, 2008

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
Matthew Borden
Attorneys for Plaintiffs
Mai Christina Pham, John Pham, Mai
Nguyen, Hung Perry Nguyen, and Joyce
Freeman

23 Dated: September 4, 2008

MURRAY & MURRAY,
A Professional Corporation

By: *[signature]*
Robert A. Franklin
Attorneys for Defendant
ComUnity Lending, Incorporated

---

1                                                                           Case No. C 08-00201 JW
JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT

0036012/001/39615v01

Dated: September 4, 2008       LAW OFFICES OF JESSE L. B. HILL

By: _____
Jesse L. B. Hill
Attorneys for Counter-Claim Defendants
Katherine Buckmeyer, Jack Ferguson,
John Nelson, Jeannine Rupert, & Phyllis
Christich