```
 1  Ronald S. Kravitz, Esq. (SBN: 129704)
        rkravitz@linerlaw.com
 2  Matthew Borden, Esq. (SBN: 214323)
        mborden@linerlaw.com
 3  LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
 4  199 Fremont Street, 20th Floor
    San Francisco, CA 94105-2255
 5  Telephone:  (415) 489-7700
    Facsimile:  (415) 489-7701
 6
    Attorneys for Plaintiffs and Counter-Defendants
 7  Mai Christina Pham, John Pham, Mai Nguyen,
    Hung Perry Nguyen, Joyce Freeman, and
 8  Christopher Hake
```

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. C 08-00201 JW |
| COMUNITY LENDING, INCORPORATED, a California corporation, | Honorable James Ware |
| Debtor. | Bankruptcy Case No. 08-50030 (MM) |
| | Chapter 11 |
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, and JOYCE FREEMAN, | Adv. Proc. No. 08-05006 |
| Plaintiffs, | **JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| COMUNITY LENDING, INCORPORATED, a California corporation, and Does 1 through 10, inclusive, | |
| Defendants. | |

On April 8, 2008, the Court issued a Scheduling Order, which required the parties to submit a joint case management statement 10 days before the further case management conference that is currently set for September 15, 2008. Since the initial case management conference, discovery has been proceeding. Plaintiffs have filed a motion for summary judgment that is set to be heard on October 6, 2008. In light of the proximity of that hearing, the parties request that the Court continue the status conference currently set for September 15, 2008, and hold a further case management conference, as necessary, on October 6, 2008, after the hearing on the motion for summary judgment.

The discovery cutoff in this case is December 15, 2008, and expert disclosures are currently due on September 13, 2008. The parties stipulate to extend the date for expert disclosures until December 15, 2008, with rebuttal expert disclosures due on December 31, 2008. The parties further stipulate to extend the deadline for the completion of expert discovery to January 15, 2008.

The parties believe that ADR would be beneficial in this case and are currently attempting to schedule a mediation prior to the hearing on Plaintiffs' motion for summary judgment.

Dated: September 5, 2008

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: /s/ Matthew Borden
Matthew Borden
Attorneys for Plaintiffs
Mai Christina Pham, John Pham, Mai Nguyen, Hung Perry Nguyen, and Joyce Freeman

Dated: September 5, 2008

MURRAY & MURRAY,
A Professional Corporation

By: /s/ Robert A. Franklin
Robert A. Franklin
Attorneys for Defendant
ComUnity Lending, Incorporated

| | | |
|---|---|---|
| 1 | Dated: September 5, 2008 | LAW OFFICES OF JESSE L. B. HILL |
| 2 | | |
| 3 | | By: /s/ Jesse L. B. Hill |
| 4 | | Jesse L. B. Hill<br>Attorneys for Counter-Claim Defendants<br>Katherine Buckmeyer, Jack Ferguson, |
| 5 | | John Nelson, Jeannine Rupert, & Phyllis<br>Christich |

**\*\*\* ORDER \*\*\***

In light of the parties' representations, the Court VACATES the further Case Management Conference presently scheduled for September 15, 2008. The Court will set a confernece, if necessary, in its Order addressing Plaintiff's Motion for Summary Judgment.

Dated: September 11, 2008

/s/ James Ware
JAMES WARE
United States District Judge