IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ComUnity Lending, Inc. | NO. C 08-00201 JW |
| | **ORDER DIRECTING SCOPE OF ORAL ARGUMENT** |
| _____/ | |

Presently before the Court is Plaintiffs' Motion for Summary Judgment on Plaintiffs' First and Third Causes of Action. (Docket Item No. 21). The parties are scheduled to appear before the Court for oral argument at on **October 6, 2008 at 9:00 a.m.** Having reviewed the parties' papers, the Court directs the parties to prepare to address and present evidence on the following issues at oral argument:

(1) When did Defendant become insolvent, if at all?

(2) What evidence is available regarding tax treatment of funds contributed to the Top Hat Plan during the period in which the Plan was in effect?

Dated: October 2, 2008

_James Ware_
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jesse Landis Hill JLBHill@aol.com
John Walshe Murray jwmurray@murraylaw.com
Matthew Brooks Borden mborden@linerlaw.com
Robert Anthony Franklin rfranklin@murraylaw.com
Ronald Scott Kravitz Rkravitz@LinerLaw.com

**Dated:  October 2, 2008**                                              **Richard W. Wieking, Clerk**

                                                                                    **By:       /s/ JW Chambers                    **
                                                                                          **Elizabeth Garcia**
                                                                                          **Courtroom Deputy**