**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   In re ComUnity Lending, Inc.              NO. C 08-00201 JW

11                                            **ORDER DENYING REQUEST TO FILE
                                               SUR-REPLY**
12   _____/

13          Presently before the Court is Defendant's Request to File Sur-Reply in Opposition to

14   Plantiffs' and Counter-Defendants' Motion for Summary Judgment.  (Docket Item No. 44.)

15   Defendant requests permission pursuant to Civil Local Rule 7-3(d)  to file a sur-reply to Counter-

16   Defendants' Reply in Support of Motion for Summary Judgment, on the ground that Defendant

17   requires an opportunity to address certain issues raised in Counter-Defendants' Reply.  (See Docket

18   Item No. 40.)  The Court finds that Defendant's Request is not timely in that it was filed on October

19   1, 2008, merely five days before oral argument on the motion.

20          Accordingly, the Court DENIES Defendant's Request to File Sur-Reply.

21

22   Dated:  October 3, 2008                   _____

23                                             JAMES WARE
                                               United States District Judge
24
25
26
27
28

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Jesse Landis Hill JLBHill@aol.com
    Jesse Landis Hill JLBHill@aol.com
3   John Walshe Murray jwmurray@murraylaw.com
    Matthew Brooks Borden mborden@linerlaw.com
4   Robert Anthony Franklin rfranklin@murraylaw.com
    Ronald Scott Kravitz Rkravitz@LinerLaw.com
5

6   **Dated:  October 3, 2008**                    **Richard W. Wieking, Clerk**

7

8                                                  **By:       /s/ JW Chambers**
                                                       **Elizabeth Garcia**
9                                                      **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28