**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | **No. C 08-00201 JW** |
| COMUNITY LENDING, INCORPORATED, a California corporation, | **Honorable James Ware** |
| Debtor. | Bankruptcy Case No. 08-50030 (MM) |
| | Chapter 11 |
| MAI CHRISTINA PHAM, JOHN PHAM, MAI NGUYEN, HUNG PERRY NGUYEN, JOYCE FREEMAN, AND CHRISTOPHER HAKE | Adv. Proc. No. 08-05006 |
| PLAINTIFFS | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE; EXTENDING DISCOVERY CUTOFF DEADLINES** |
| vs. | |
| COMUNITY LENDING, INCORPORATED, A CALIFORNIA CORPORATION, ETC. | |
| DEFENDANT. | |
| AND RELATED CROSS-ACTION | |

   Based on the representations made by the parties in their Stipulation, the Court finds good cause to continue the Preliminary Pretrial Conference currently set for November 17, 2008 to **December 15, 2008 at 11 a.m.**  In light of this Order, the Court also finds good cause to grant a brief continuance of the current case schedule.  The Court continues the cutoff deadline for ALL discovery to and including January 15, 2009.

Dated:  November 13, 2008

_____
JAMES WARE
United States District Judge