IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ComUnity Lending, Inc., | NO. C 08-00201 JW |
| Debtor / | **ORDER AMENDING TRIAL SCHEDULE** |
| Mai Christina Pham, et al., | |
| Plaintiffs, v. | |
| ComUnity Lending, Inc., | |
| Defendant. / | |

On May 23, 2011, the Court issued a Final Pretrial Conference Order. (See Docket Item No. 233.) In light of the Court's own availability, the Court AMENDS the Trial Schedule set forth in that Order as follows:

**TRIAL SCHEDULE**

| **Sessions 1-3** | **June 8-10, 2011, 9 a.m. - 12 p.m. and 1 p.m. - 4 p.m.** |
|---|---|
| **Session 4** | **June 14, 2011, 9 a.m. - 12 p.m. and 1 p.m. - 4 p.m.** |
| **Argue & Submit** | **June 15, 2011 at 9 a.m.** |

Dated: May 25, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Hong-Nhung Thi Le nle@luce.com
Jeffrey L. Fillerup jfillerup@luce.com
Jesse Landis Hill JLBHill@aol.com
John Walshe Murray jwmurray@murraylaw.com
Jonas Noah Hagey hagey@braunhagey.com
Matthew Brooks Borden borden@braunhagey.com
Robert Anthony Franklin rfranklin@murraylaw.com
Ronald Scott Kravitz Rkravitz@LinerLaw.com
Suzanne L. Decker suzannedecker@sbcglobal.net

**Dated: May 25, 2011**                    **Richard W. Wieking, Clerk**

                              **By:   /s/ JW Chambers**
                              **Susan Imbriani**
                              **Courtroom Deputy**