IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ComUnity Lending, Inc., | NO. C 08-00201 JW |
| Debtor / | **ORDER SETTING STATUS CONFERENCE** |
| Mai Christina Pham, et al., | |
| Plaintiffs, v. | |
| ComUnity Lending, Inc., | |
| Defendant. / | |

On June 22, 2011, the parties informed the Court that they had reached a settlement in this case. The Court placed the settlement on the record. The parties represented that they will be able to reduce their settlement to a writing in sixty days. The Court additionally provided the parties with sufficient time to confer with the bankruptcy court and to determine whether this settlement must first be approved by the bankruptcy judge.

Accordingly, the Court sets a Status Conference re. Settlement for **September 12, 2011 at 10 a.m.** On or before **September 2, 2011**, the parties shall file a Joint Status Statement updating the Court on the status of the settlement. If the parties require additional time to finalize their

settlement, the parties shall indicate how much time is needed. In lieu of the Joint Statement, the parties may file a Stipulation of Dismissal if the settlement has been finalized.

Dated: June 24, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Hong-Nhung Thi Le nle@luce.com
Jeffrey L. Fillerup jfillerup@luce.com
Jesse Landis Hill JLBHill@aol.com
John Walshe Murray jwmurray@murraylaw.com
Jonas Noah Hagey hagey@braunhagey.com
Matthew Brooks Borden borden@braunhagey.com
Robert Anthony Franklin rfranklin@murraylaw.com
Ronald Scott Kravitz Rkravitz@LinerLaw.com
Suzanne L. Decker suzannedecker@sbcglobal.net

**Dated: June 24, 2011**                                       **Richard W. Wieking, Clerk**

                                        **By:   /s/ JW Chambers**
                                              **Susan Imbriani**
                                              **Courtroom Deputy**